UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
DEC 0 6 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. DR: 10-CR-001656-DCR |
| ) | |
| V. ) | |
| ) | |
| ANDRES GRANADOS-MANZANO, ) | **ORDER** |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant Andres Granados-Manzano has filed a Notice of Appeal with a request for court appointed counsel to represent him on his appeal. [Record No. 27] Being sufficiently advised, it is hereby

**ORDERED** that Defendant Granados-Manzano's motion for appointment of counsel [Record No. 27] is **GRANTED**. Court appointed counsel will be provided to the defendant to represent him on his appeal.

This 6th day of December, 2011.



Signed By:
*Danny C. Reeves* DCR
United States District Judge